Exhibit A to the Complaint

**Location:** North Reading, MA  **IP Address:** 173.76.237.32
**Total Works Infringed:** 40  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 91F6987BED1E7AF6FE3769F3696FFF83207BB6CA | 12/17/2024 19:35:32 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 2 | fc4d992052ed4fc85dc0f75fdb86ff65a63fc119 | 12/11/2024 03:28:25 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 3 | 5f8415147ba68a38690dba14c1e27f057e228a4c | 10/16/2024 21:11:11 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 4 | 3c04629929f8dab404fb9d82a14aea6445f8f250 | 10/11/2024 19:45:13 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 5 | e52ed47a299be26b26fed089c11dd235f1a88b50 | 10/11/2024 05:41:37 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 6 | 0fff26f6bc6f471b1646b10d88dfbed9328ebf38 | 10/07/2024 02:10:03 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 7 | 2acdf4f9d8ceee9e4201b31d9e5adcd1f2c22678 | 10/06/2024 14:13:49 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 8 | 22eb885679bd8730a5eb072f1ecf571682e58277 | 10/03/2024 00:52:52 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 9 | cd9ff32ab8003685d20340da70340432559eb833 | 09/25/2024 18:48:58 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 10 | 7c1e42c276e0c7dd8f5ecf32de3e2d8b7287ecd7 | 09/19/2024 04:29:10 | Slayed | 06/11/2024 | 09/05/2024 | PA0002491139 |
| 11 | cd9c6e623631aadf08dcec2aed3868248b7528e3 | 09/16/2024 13:01:12 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 12 | 1df894351559a953f0eb8c957b33f3bb1225050c | 09/16/2024 02:45:15 | Vixen | 09/13/2024 | 10/16/2024 | PA0002494756 |
| 13 | ef9ab6213b1548f6dc57d8b15e6119dc7cec92bc | 09/15/2024 01:14:21 | TushyRaw | 08/06/2024 | 08/14/2024 | PA0002484827 |
| 14 | 12b28a2521fa3715bf4888575f9032165603f560 | 09/09/2024 06:56:36 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 15 | 6a856b5adbfccd276b684373766d9abf67b42cbd | 09/03/2024 20:23:06 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 16 | b1463b96fe87b2bf36fa7979f832853cf233abff | 08/26/2024 21:56:54 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5e6d97bc708a229b4753295cfa2354338659b8f7 | 08/25/2024 19:31:40 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 18 | a9abf7f85ff9e4630856db795005286fe729c693 | 08/23/2024 02:40:34 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 19 | 76848888d2df1f2f818f9e2b2299d0a9e9db8bd3 | 08/17/2024 02:00:35 | Blacked Raw | 08/05/2024 | 08/14/2024 | PA0002484841 |
| 20 | c7e4adc5cfa1a94180b97dcb32b20976f0551ff4 | 08/16/2024 16:00:44 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 21 | 28d8fef21baf274e77c67c41eac29f2b3a6d1e17 | 08/14/2024 06:30:28 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 22 | aed3926de572fd6f7cab5fc4073f063c4842ea7a | 08/07/2024 05:18:33 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 23 | df4e203a3c9436574fad64ac2b5c0ae0fda0d204 | 08/02/2024 10:23:31 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 24 | 842dca9bc566423ebb418a15865aacdb7ab7e58a | 07/31/2024 07:13:35 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 25 | a0045c6aaff24a91c436b72b1895e6c6816a1c16 | 07/29/2024 06:42:54 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 26 | F65A00BC82F7F3DC5795D75972A51F4E2A24DE6B | 07/28/2024 14:43:43 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 27 | C41F915A91C6C035405D074C38CDC2C559D6607D | 07/24/2024 15:26:55 | Vixen | 05/31/2024 | PENDING | PENDING |
| 28 | 344e8a73cbf945a046b55376e9d15208571f385e | 07/23/2024 10:35:08 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 29 | 93932338fa54ce7ca84157e4c4200f52df40fe9c | 07/18/2024 17:22:25 | Vixen | 06/14/2024 | 07/16/2024 | PA0002480600 |
| 30 | 15caff07a6b598f44cc6c6589db56e3eaf0abcd3 | 07/18/2024 03:02:51 | Tushy | 07/07/2024 | 07/15/2024 | PA0002480668 |
| 31 | 734a47076ba17892fa25accc92a302a7a9ee1558 | 07/16/2024 11:45:56 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 32 | cc1bdcc9e62c292cc8c85627bb40f9881a5799c3 | 07/08/2024 17:04:41 | Blacked Raw | 06/10/2024 | 06/18/2024 | PA0002476879 |
| 33 | 26b404bb3e2ed24056935a6a0db87538d7d1efd4 | 07/04/2024 07:13:49 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 34 | 452a93896e3566d459ed8e47588ef9e97f21083a | 06/30/2024 14:04:59 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | db1a6c912b457f8bd8086804232454489e0a513a | 06/19/2024 22:53:00 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 36 | 914E4FDD07B0C502E235CBA340BA3F4B22EB8247 | 04/11/2024 02:49:46 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 37 | C0A458FF8654D69F43F93AB5E4027CEF5648312B | 02/12/2024 01:24:08 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 38 | 4FA6DAA4B0424D75CAC76A3588F638BA67C3EB7B | 02/12/2024 01:22:12 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 39 | 3401FF1069EBD0868818391F66AF05E474086401 | 12/05/2023 21:17:45 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 40 | A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9 | 08/07/2023 15:16:22 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |